**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Scott Michael Williams** | Social Security number or ITIN   **xxx–xx–4550** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **District of Utah**

Case number:   **18–25580   JTM**

Date case filed for chapter **7:   7/31/18**

Official Form 309A (For Individuals or Joint Debtors) (12/15)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

## This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov). Case status information is available at no charge through "Simple Case Lookup" on the court's website (www.utb.uscourts.gov) or by calling the Voice Case Information System (VCIS) at 1–866–222–8029 #85.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | Debtor's full name | Scott Michael Williams | | |
| 2. | All other names used in the last 8 years | | | |
| 3. | Address | 222 South 1000 E Clearfield, UT 84015 | | |
| 4. | Debtor's attorney Name and address | KC Garner Beehive Advocates 10907 South State Street Sandy, UT 84070 | | Contact phone 801–432–2975  Email: kc@beehivelaw.com |
| 5. | Bankruptcy trustee Name and address | Steven R. Bailey tr 2454 Washington Blvd. Ogden, UT 84401 | | Contact phone (801) 621–4430  Email: trusteebailey@baileylaw.org |

Debtor  **Scott Michael Williams**                                                                                 Case number **18–25580**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | United States Bankruptcy Court <br> District of Utah <br> 350 South Main #301 <br> Salt Lake City, UT 84101 <br><br> Clerk of Court: David A. Sime | Hours open: 8:00 AM to 4:30 PM, Monday – Friday <br><br> Contact phone: (801) 524–6687 <br><br> Website: www.utb.uscourts.gov |
| **7.** | **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. <br><br> All individual debtor(s) must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | Meeting to be held on: <br> **September 19, 2018 at 11:30 AM** <br><br> Location: <br> **Federal Building, 324 25th Street, Room 1407, Ogden, UT 84401** |
| **8.** | **Presumption of abuse** | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |
| **9.** | **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br><br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/19/18** |
| | | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** <br> 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
District of Utah

In re:                                                                      Case No. 18-25580-JTM
Scott Michael Williams                                                      Chapter 7
        Debtor
                          **CERTIFICATE OF NOTICE**

District/off: 1088-2          User: sjl              Page 1 of 2         Date Rcvd: Aug 06, 2018
                              Form ID: 309A          Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2018.
db              +Scott Michael Williams,    222 South 1000 E,    Clearfield, UT 84015-1104
11053885        +1st Choice Money Center,    1244 South Redwood Road,    Salt Lake City, UT 84104-3707
11053886        +AA Community Finance,    117 S Prairie St,    Bethalto, IL 62010-1521
11053887         Attorney General for United States,    950 Pennsylvania Avenue, NW,    Room 4400,
                  Washington, DC 20530-0001
11053888        +Bluffdale Justice Court,    2222 14400 S,    Riverton, UT 84065-5248
11053889        +Cash Store Corporate Office,    1901 Gateway Drive, Suite 200,    Irving, TX 75038-2425
11053890        +Cbe Hlthcare,    1309 Technology Pkwy,    Cedar Falls, IA 50613-6976
11053891         Clearfield Justice Court,    55 S Center Street,    Clearfield, UT 84015
11053893         Dominion Energy,    PO Box 45841,    Salt Lake City, UT 84139-0001
11053895        +Fast Bucks,    4083 S. Redwood Road,    Salt Lake City, UT 84123-1131
11053896        +Fat Money Loans,    21301 Powerline Rd #106,    Boca Raton, FL 33433-2389
11053897        +Glass Mountain Capital,    1930 Thoreau Drive N,    Schaumburg, IL 60173-4179
11053898         Intermountain Health Care,    Remittance Processing,    PO Box 410400,
                  Salt Lake City, UT 84141-0400
11053901         Loans For Less,    3396 S 300thw,    Salt Lake City, UT 84115
11053903        +Ofc Rcvy Svc,    120 North 200 West,    Salt Lake City, UT 84103-1509
11053906        +SERENDIPITY LENDING,    533 26th Street STE 100 OFFICE 2,    Ogden, UT 84401-2459
11053905        +Sandy Justice Court,    210 Sego Lily Dr.,    Sandy, UT 84070-3282
11053908         U S Dept Of Ed/Gsl/Atl,    Po Box 4222,    Iowa City, IA 52244
11053911        +Utah Title Loans,    1460 S. State Street,    Salt Lake City, UT 84115-5424
11053913        +West Valley Justice Court,    3590 Constitution Blvd,    Salt Lake City, UT 84119-3718
11053914        +Workforce Services,    140 E Broadway,    Salt Lake City, UT 84111-2333

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty              E-mail/Text: kc@beehivelaw.com Aug 07 2018 01:21:28      KC Garner,    Beehive Advocates,
                  10907 South State Street,    Sandy, UT  84070
tr              +EDI: BSRBAILEY1 Aug 07 2018 05:18:00      Steven R. Bailey tr,    2454 Washington Blvd.,
                  Ogden, UT 84401-2312
11053892        +E-mail/Text: electronicbkydocs@nelnet.net Aug 07 2018 01:21:49       Dept Of Education/neln,
                  121 S 13th St,    Lincoln, NE 68508-1904
11053894        +E-mail/Text: bankruptcy@expressrecovery.com Aug 07 2018 01:21:44       Express Rcvy,
                  Po Box 26415,    Salt Lake City, UT 84126-0415
11053899         EDI: IRS.COM Aug 07 2018 05:18:00      Internal Revenue Service,    PO Box 7346,
                  Philadelphia, PA 19101-7346
11053900         EDI: JEFFERSONCAP.COM Aug 07 2018 05:18:00       Jefferson Capital Syst,    16 Mcleland Rd,
                  Saint Cloud, MN 56303
11053902        +E-mail/Text: m4u@mny4you.com Aug 07 2018 01:22:18      Mr. Money,    1858 W 5150 S Suite #503,
                  Roy, UT 84067-3063
11053904        +E-mail/Text: bankruptcynotifications@pacificorp.com Aug 07 2018 01:22:15
                  Rocky Mountain Power,    201 South Main St., Suite 2300,    Salt Lake City, UT 84111-2269
11053907        +E-mail/Text: bknotices@lac77.com Aug 07 2018 01:21:36       Titanium Funds Llc,
                  3081 S State St Fl 2,    South Salt Lake, UT 84115-3832
11053909        +E-mail/Text: carolyne@utahpowercu.org Aug 07 2018 01:21:45       Utah Power Cu,    957 E 6600 S,
                  Salt Lake City, UT 84121-2444
11053910         EDI: UTAHTAXCOMM.COM Aug 07 2018 05:18:00       Utah State Tax Commission,
                  Attn: Bankruptcy Unit,    210 North 1950 West,    Salt Lake City, UT 84134-3340
11053912        +EDI: VERIZONCOMB.COM Aug 07 2018 05:18:00      Verizon Wireless,    Bankruptcy Department,
                  500 Technology Drive Suite 500,    Saint Charles, MO 63304-2225
                                                                                       TOTAL: 12


           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2018                          Signature:  /s/Joseph Speetjens

District/off: 1088-2          User: sjl              Page 2 of 2              Date Rcvd: Aug 06, 2018
                              Form ID: 309A          Total Noticed: 33

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2018 at the address(es) listed below:
        KC  Garner   on behalf of Debtor Scott Michael Williams kc@beehivelaw.com,
        ecfbeehivelegal@gmail.com,sally@beehivelaw.com,bryan@beehivelaw.com,
        katy@beehivelaw.com;garnerkr72417@notify.bestcase.com
        Steven R. Bailey tr   trusteebailey@baileylaw.org,  UT06@ecfcbis.com
        United States Trustee   USTPRegion19.SK.ECF@usdoj.gov

                                                                                 TOTAL: 3