## NOTICE OF ASSETS AND DEADLINE TO FILE A PROOF OF CLAIM

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

Honorable Joel T. Marker, U.S. Bankruptcy Judge

| CASE NUMBER: 18–25580    CHAPTER: 7 | DATE FILED (OR CONVERTED): 7/31/18 |
|---|---|
| NAME OF DEBTOR(S):<br>Scott Michael Williams, xxx–xx–4550 | ADDRESS OF DEBTOR:<br>222 South 1000 E<br>Clearfield, UT 84015 |
| DEBTOR'S ATTORNEY:<br>KC Garner<br>Beehive Advocates<br>10907 South State Street<br>Sandy, UT 84070<br><br>801–432–2975 | TRUSTEE:<br>Steven R. Bailey tr<br>2454 Washington Blvd.<br>Ogden, UT 84401<br><br>(801) 621–4430 |

The Court has been advised by the Trustee in the above case that money may become available for payment to creditors.

If you have not already filed a claim in the above case and wish to do so, you should file your claim with the Court as soon as possible. The claim form enclosed in this mailing must be properly completed and must reach the address below on or before:

December 21, 2018

The place to file the proof of claim, either in person or by mail, is the Office of the Clerk of the Bankruptcy Court.

Clerk, U.S. Bankruptcy Court
Attn: Claims Department
350 South Main #301
Salt Lake City, UT 84101

## IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.

DATED: 9/20/18

FOR THE COURT
David A. Sime, Clerk

Form BLN

This page intentionally left blank

**Fill in this information to identify the case:**

Debtor 1 _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: <u>District of Utah</u>

Case number _____

Official Form 410

# Proof of Claim
04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

_____
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

❑ No
❑ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
| --- | --- |
| Name _____ | Name _____ |
| Number     Street _____ | Number     Street _____ |
| City _____ State _____ ZIP Code ____ | City _____ State _____ ZIP Code ____ |
| Contact phone _____ | Contact phone _____ |
| Contact email _____ | Contact email _____ |

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

— — — — — — — — — — — — — — — — — — — — — — — — —

**4. Does this claim amend one already filed?**

❑ No
❑ Yes. Claim number on court claims registry (if known) _____     Filed on ___ / ___ / ____
                                                                                              MM   /  DD  /  YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

❑ No
❑ Yes. Who made the earlier filing? _____

Official Form 410                                   Proof of Claim                                   page 1

**Part 2:**   **Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ☐ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____  ____  ____  ____ |
| 7. **How much is the claim?** | $_____. Does this amount include interest or other charges?<br>☐ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>_____ |
| 9. **Is all or part of the claim secured?** | ☐ No<br>☐ Yes.   The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:**   _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:**                          $_____<br>**Amount of the claim that is secured:**   $_____<br>**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:**   $_____<br><br>**Annual Interest Rate** (when case was filed)_____%<br>☐ Fixed<br>☐ Variable |
| 10. **Is this claim based on a lease?** | ☐ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.**   $_____ |
| 11. **Is this claim subject to a right of setoff?** | ☐ No<br>☐ Yes. Identify the property: _____ |

| | |
|---|---|
| **12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** <br><br> A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No <br> ☐ Yes. *Check one:* |

|  | **Amount entitled to priority** |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |

\*  Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

---

**Part 3:**   **Sign Below**

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  _____
                  MM / DD / YYYY

_____
Signature

**Print the name of the person who is completing and signing this claim:**

| | |
|---|---|
| Name | _____ <br> First name          Middle name          Last name |
| Title | _____ |
| Company | _____ <br> Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | _____ <br> Number          Street |
| | _____ <br> City          State          ZIP Code |
| Contact phone | _____    Email  _____ |

---

United States Bankruptcy Court
District of Utah

In re:                                                          Case No. 18-25580-JTM
Scott Michael Williams                                          Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 1088-2          User: baileysr          Page 1 of 2          Date Rcvd: Sep 20, 2018
                             Form ID: bln             Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2018.
db           +Scott Michael Williams,   222 South 1000 E,   Clearfield, UT 84015-1104
11053885     +1st Choice Money Center,   1244 South Redwood Road,   Salt Lake City, UT 84104-3707
11053886     +AA Community Finance,   117 S Prairie St,   Bethalto, IL 62010-1521
11053887      Attorney General for United States,   950 Pennsylvania Avenue, NW,   Room 4400,
               Washington, DC 20530-0001
11053888     +Bluffdale Justice Court,   2222 14400 S,   Riverton, UT 84065-5248
11053889     +Cash Store Corporate Office,   1901 Gateway Drive, Suite 200,   Irving, TX 75038-2425
11053890     +Cbe Hlthcare,   1309 Technology Pkwy,   Cedar Falls, IA 50613-6976
11053891      Clearfield Justice Court,   55 S Center Street,   Clearfield, UT 84015
11053893      Dominion Energy,   PO Box 45841,   Salt Lake City, UT 84139-0001
11053895     +Fast Bucks,   4083 S. Redwood Road,   Salt Lake City, UT 84123-1131
11053896     +Fat Money Loans,   21301 Powerline Rd #106,   Boca Raton, FL 33433-2389
11053897     +Glass Mountain Capital,   1930 Thoreau Drive N,   Schaumburg, IL 60173-4179
11053898      Intermountain Health Care,   Remittance Processing,   PO Box 410400,
               Salt Lake City, UT 84141-0400
11053901      Loans For Less,   3396 S 300thw,   Salt Lake City, UT 84115
11053903     +Ofc Rcvy Svc,   120 North 200 West,   Salt Lake City, UT 84103-1509
11053906     +SERENDIPITY LENDING,   533 26th Street STE 100 OFFICE 2,   Ogden, UT 84401-2459
11053905     +Sandy Justice Court,   210 Sego Lily Dr.,   Sandy, UT 84070-3282
11053911     +Utah Title Loans,   1460 S. State Street,   Salt Lake City, UT 84115-5424
11053913     +West Valley Justice Court,   3590 Constitution Blvd,   Salt Lake City, UT 84119-3718
11053914     +Workforce Services,   140 E Broadway,   Salt Lake City, UT 84111-2333

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: kc@beehivelaw.com Sep 21 2018 02:41:29    KC Garner,   Beehive Advocates,
               10907 South State Street,   Sandy, UT 84070
tr           +EDI: BSRBAILEY1 Sep 21 2018 05:58:00    Steven R. Bailey tr,   2454 Washington Blvd.,
               Ogden, UT 84401-2312
11053892      E-mail/Text: electronicbkydocs@nelnet.net Sep 21 2018 02:42:42    Dept Of Education/neln,
               121 S 13th St,   Lincoln, NE 68508-1904
11053894      E-mail/Text: bankruptcy@expressrecovery.com Sep 21 2018 02:42:25    Express Rcvy,
               Po Box 26415,   Salt Lake City, UT 84126-0415
11053899      EDI: IRS.COM Sep 21 2018 05:58:00    Internal Revenue Service,   PO Box 7346,
               Philadelphia, PA 19101-7346
11053900      EDI: JEFFERSONCAP.COM Sep 21 2018 05:58:00    Jefferson Capital Syst,   16 Mcleland Rd,
               Saint Cloud, MN 56303
11053902      E-mail/Text: m4u@mny4you.com Sep 21 2018 02:43:47    Mr. Money,   1858 W 5150 S Suite #503,
               Roy, UT 84067-3063
11053904      E-mail/Text: bankruptcynotifications@pacificorp.com Sep 21 2018 02:43:40
               Rocky Mountain Power,   201 South Main St., Suite 2300,   Salt Lake City, UT 84111-2269
11053907     +E-mail/Text: bknotices@lac77.com Sep 21 2018 02:41:59    Titanium Funds Llc,
               3081 S State St Fl 2,   South Salt Lake, UT 84115-3832
11053909     +E-mail/Text: carolyne@utahpowercu.org Sep 21 2018 02:42:34    Utah Power Cu,   957 E 6600 S,
               Salt Lake City, UT 84121-2444
11053910      EDI: UTAHTAXCOMM.COM Sep 21 2018 05:58:00    Utah State Tax Commission,
               Attn: Bankruptcy Unit,   210 North 1950 West,   Salt Lake City, UT 84134-3340
11053912     +EDI: VERIZONCOMB.COM Sep 21 2018 05:58:00    Verizon Wireless,   Bankruptcy Department,
               500 Technology Drive Suite 500,   Saint Charles, MO 63304-2225
                                                                            TOTAL: 12

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11053908      U S Dept Of Ed/Gsl/Atl,   Po Box 4222,   RETURNED MAIL--99999
                                                                            TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2018                              Signature:   /s/Joseph Speetjens

District/off: 1088-2          User: baileysr          Page 2 of 2          Date Rcvd: Sep 20, 2018
                             Form ID: bln            Total Noticed: 32

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2018 at the address(es) listed below:
NONE.                                                                           TOTAL: 0