**Form 291** [Ntc to Creditors]

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

| | |
|---|---|
| In re:<br>Scott Michael Williams<br>Debtor(s). | Case No. 18−25580 JTM<br>Chapter 7 |

# NOTICE TO CREDITORS

The Trustee previously filed a Notice of Assets and Deadline to File a Proof of Claim by December 21, 2018. Please be advised that the Trustee has now filed a superseding Report of No Distribution and it is no longer necessary for you to file a Proof of Claim, as no distribution will be made.

Dated: October 25, 2018

David A. Sime
Clerk of Court

United States Bankruptcy Court
District of Utah

In re:
Scott Michael Williams
Debtor

Case No. 18-25580-JTM
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 1088-2 User: sjl Page 1 of 2 Date Rcvd: Oct 25, 2018
Form ID: f291 Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2018.

db +Scott Michael Williams, 222 South 1000 E, Clearfield, UT 84015-1104
11053885 +1st Choice Money Center, 1244 South Redwood Road, Salt Lake City, UT 84104-3707
11053886 +AA Community Finance, 117 S Prairie St, Bethalto, IL 62010-1521
11053887 Attorney General for United States, 950 Pennsylvania Avenue, NW, Room 4400, Washington, DC 20530-0001
11053888 +Bluffdale Justice Court, 2222 14400 S, Riverton, UT 84065-5248
11053889 +Cash Store Corporate Office, 1901 Gateway Drive, Suite 200, Irving, TX 75038-2425
11053890 +Cbe Hlthcare, 1309 Technology Pkwy, Cedar Falls, IA 50613-6976
11053891 Clearfield Justice Court, 55 S Center Street, Clearfield, UT 84015
11053893 Dominion Energy, PO Box 45841, Salt Lake City, UT 84139-0001
11053895 +Fast Bucks, 4083 S. Redwood Road, Salt Lake City, UT 84123-1131
11053896 +Fat Money Loans, 21301 Powerline Rd #106, Boca Raton, FL 33433-2389
11053897 +Glass Mountain Capital, 1930 Thoreau Drive N, Schaumburg, IL 60173-4179
11053898 Intermountain Health Care, Remittance Processing, PO Box 410400, Salt Lake City, UT 84141-0400
11053901 Loans For Less, 3396 S 300thw, Salt Lake City, UT 84115
11110704 +Loans for Less, 3901 Riverdale Rd.#A, South Ogden UT 84405-1540
11053903 +Ofc Rcvy Svc, 120 North 200 West, Salt Lake City, UT 84103-1509
11053906 +SERENDIPITY LENDING, 533 26th Street STE 100 OFFICE 2, Ogden, UT 84401-2459
11053905 +Sandy Justice Court, 210 Sego Lily Dr., Sandy, UT 84070-3282
11053911 +Utah Title Loans, 1460 S. State Street, Salt Lake City, UT 84115-5424
11053913 +West Valley Justice Court, 3590 Constitution Blvd, Salt Lake City, UT 84119-3718
11053914 +Workforce Services, 140 E Broadway, Salt Lake City, UT 84111-2333

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

11053892 +E-mail/Text: electronicbkydocs@nelnet.net Oct 26 2018 02:22:03 Dept Of Education/neln, 121 S 13th St, Lincoln, NE 68508-1904
11053894 +E-mail/Text: bankruptcy@expressrecovery.com Oct 26 2018 02:21:49 Express Rcvy, Po Box 26415, Salt Lake City, UT 84126-0415
11053899 E-mail/Text: cio.bncmail@irs.gov Oct 26 2018 02:21:33 Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346
11053900 E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 26 2018 02:22:17 Jefferson Capital Syst, 16 Mcleland Rd, Saint Cloud, MN 56303
11053902 +E-mail/Text: m4u@mny4you.com Oct 26 2018 02:23:03 Mr. Money, 1858 W 5150 S Suite #503, Roy, UT 84067-3063
11053904 +E-mail/Text: bankruptcynotifications@pacificorp.com Oct 26 2018 02:22:59 Rocky Mountain Power, 201 South Main St., Suite 2300, Salt Lake City, UT 84111-2269
11106761 +E-mail/Text: bankruptcy.noticing@security-finance.com Oct 26 2018 02:21:22 SFC Central Bankruptcy, PO Box 1893, Spartanburg, SC 29304-1893
11053907 +E-mail/Text: bknotices@lac77.com Oct 26 2018 02:21:27 Titanium Funds Llc, 3081 S State St Fl 2, South Salt Lake, UT 84115-3832
11053909 +E-mail/Text: carolyne@utahpowercu.org Oct 26 2018 02:21:56 Utah Power Cu, 957 E 6600 S, Salt Lake City, UT 84121-2444
11053910 E-mail/Text: TXBANKRUPT@UTAH.GOV Oct 26 2018 02:21:11 Utah State Tax Commission, Attn: Bankruptcy Unit, 210 North 1950 West, Salt Lake City, UT 84134-3340
11053912 +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 26 2018 02:21:13 Verizon Wireless, Bankruptcy Department, 500 Technology Drive Suite 500, Saint Charles, MO 63304-2225

TOTAL: 11

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

11053908 U S Dept Of Ed/Gsl/Atl, Po Box 4222, RETURNED MAIL--99999

TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2018 Signature: /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email) system on October 25, 2018 at the address(es) listed below:

KC Garner on behalf of Debtor Scott Michael Williams kc@beehivelaw.com, ecfbeehivelegal@gmail.com,sally@beehivelaw.com,bryan@beehivelaw.com, katy@beehivelaw.com;garnerkr72417@notify.bestcase.com
Steven R. Bailey tr trusteebailey@baileylaw.org, UT06@ecfcbis.com
United States Trustee USTPRegion19.SK.ECF@usdoj.gov

TOTAL: 3