**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Scott Michael Williams** | Social Security number or ITIN  **xxx−xx−4550** |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court   **District of Utah**

Case number:  **18−25580   JTM**            Chapter 7            Petition date: 7/31/18

# Order of Discharge                                                         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Scott Michael Williams

11/21/18                                      **By the court:**  <u>Joel T. Marker</u>
                                                               United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                        United States Bankruptcy Court
                              District of Utah
In re:                                                         Case No. 18-25580-JTM
Scott Michael Williams                                         Chapter 7
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 1088-2          User: admin              Page 1 of 2          Date Rcvd: Nov 21, 2018
                              Form ID: 318             Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2018.
db             +Scott Michael Williams,    222 South 1000 E,    Clearfield, UT 84015-1104
11053885       +1st Choice Money Center,    1244 South Redwood Road,    Salt Lake City, UT 84104-3707
11053886       +AA Community Finance,    117 S Prairie St,    Bethalto, IL 62010-1521
11053887        Attorney General for United States,    950 Pennsylvania Avenue, NW,    Room 4400,
                 Washington, DC 20530-0001
11053888       +Bluffdale Justice Court,    2222 14400 S,    Riverton, UT 84065-5248
11053889       +Cash Store Corporate Office,    1901 Gateway Drive, Suite 200,    Irving, TX 75038-2425
11053890       +Cbe Hlthcare,   1309 Technology Pkwy,    Cedar Falls, IA 50613-6976
11053891        Clearfield Justice Court,    55 S Center Street,    Clearfield, UT 84015
11053893        Dominion Energy,    PO Box 45841,    Salt Lake City, UT 84139-0001
11053895       +Fast Bucks,   4083 S. Redwood Road,    Salt Lake City, UT 84123-1131
11053896       +Fat Money Loans,    21301 Powerline Rd #106,    Boca Raton, FL 33433-2389
11053897       +Glass Mountain Capital,    1930 Thoreau Drive N,    Schaumburg, IL 60173-4179
11053898        Intermountain Health Care,    Remittance Processing,    PO Box 410400,
                 Salt Lake City, UT 84141-0400
11140581        Intermountain Healthcare,    PO Box 27808,    Salt Lake City, UT 84127-0808
11053901        Loans For Less,    3396 S 300thw,    Salt Lake City, UT 84115
11110704       +Loans For Less,    3901 Riverdale Rd.#A,    South Ogden, UT 84405-1540
11053903       +Ofc Rcvy Svc,    120 North 200 West,    Salt Lake City, UT 84103-1509
11147159       +Questar Gas Company/dba Dominion Energy of Utah,    Bankruptcy DNR 132,    1140 West 200 South,
                 PO Box 3194,    Salt Lake City, UT 84110-3194
11053906       +SERENDIPITY LENDING,    533 26th Street STE 100 OFFICE 2,    Ogden, UT 84401-2459
11053905       +Sandy Justice Court,    210 Sego Lily Dr.,    Sandy, UT 84070-3282
11053911       +Utah Title Loans,    1460 S. State Street,    Salt Lake City, UT 84115-5424
11053913       +West Valley Justice Court,    3590 Constitution Blvd,    Salt Lake City, UT 84119-3718
11053914       +Workforce Services,    140 E Broadway,    Salt Lake City, UT 84111-2333

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
11053892       +E-mail/Text: electronicbkydocs@nelnet.net Nov 22 2018 02:53:19     Dept Of Education/neln,
                 121 S 13th St,    Lincoln, NE 68508-1904
11053894       +E-mail/Text: bankruptcy@expressrecovery.com Nov 22 2018 02:53:06      Express Rcvy,
                 Po Box 26415,    Salt Lake City, UT 84126-0415
11053899        EDI: IRS.COM Nov 22 2018 07:29:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
11053900        EDI: JEFFERSONCAP.COM Nov 22 2018 07:28:00      Jefferson Capital Syst,    16 Mcleland Rd,
                 Saint Cloud, MN 56303
11053902        E-mail/Text: m4u@mny4you.com Nov 22 2018 02:54:31      Mr. Money,    1858 W 5150 S Suite #503,
                 Roy, UT 84067-3063
11053904       +E-mail/Text: bankruptcynotifications@pacificorp.com Nov 22 2018 02:54:22
                 Rocky Mountain Power,    201 South Main St., Suite 2300,    Salt Lake City, UT 84111-2269
11106761       +EDI: SECFIN.COM Nov 22 2018 07:29:00      SFC Central Bankruptcy,    PO Box 1893,
                 Spartanburg, SC 29304-1893
11053907       +E-mail/Text: bknotices@lac77.com Nov 22 2018 02:52:43      Titanium Funds Llc,
                 3081 S State St Fl 2,    South Salt Lake, UT 84115-3832
11053909        E-mail/Text: carolyne@utahpowercu.org Nov 22 2018 02:53:10      Utah Power Cu,    957 E 6600 S,
                 Salt Lake City, UT 84121-2444
11053910        EDI: UTAHTAXCOMM.COM Nov 22 2018 07:29:00      Utah State Tax Commission,
                 Attn: Bankruptcy Unit,    210 North 1950 West,    Salt Lake City, UT 84134-3340
11053912       +EDI: VERIZONCOMB.COM Nov 22 2018 07:28:00      Verizon Wireless,    Bankruptcy Department,
                 500 Technology Drive Suite 500,    Saint Charles, MO 63304-2225
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11053908       U S Dept Of Ed/Gsl/Atl,   Po Box 4222,    RETURNED MAIL--99999
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 1088-2           User: admin                  Page 2 of 2                   Date Rcvd: Nov 21, 2018
                               Form ID: 318                 Total Noticed: 34
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2018 at the address(es) listed below:
              KC Garner    on behalf of Debtor Scott Michael Williams kc@beehivelaw.com,
               ecfbeehivelegal@gmail.com,sally@beehivelaw.com,bryan@beehivelaw.com,
               katy@beehivelaw.com;garnerkr72417@notify.bestcase.com
              Steven R. Bailey tr   trusteebailey@baileylaw.org, UT06@ecfcbis.com
              United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                    TOTAL: 3
```