MORRISON LAW GROUP, P.C.
Theron D. Morrison (10331)
Cory B. Cottam (15113)
Attorney for Debtors
290 25th Street, Ste 102
Ogden, Utah 84401
Telephone: (801) 392-9324

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 18-25580** |
| **Scott Williams** | § | **Chapter 7** |
| | § | **Honorable Joel T. Marker** |
| **Debtor** | § | |

## DEBTOR'S MOTION FOR SANCTIONS

Debtor, by and through counsel, hereby moves this court pursuant to 11 U.S.C. §§ 105

and 524(b)(2) of the Bankruptcy Code for an award of sanctions against Alpina Legal, Cascade

Collections and Chad Rasmussen, Esq. for their willful violation of the discharge injunction

created by Debtor's Chapter 7 bankruptcy.  In support thereof, Debtor states as follows:

### Statement of Facts

1. On June 16, 2016, ALPINA Legal, Cascade Collections and Chad Rasmussen, Esq.

   (Creditors) filed a complaint against Debtor in the Third Judicial District Salt Lake

   County District Court.  The underlying debt associated with this suit was for debt owed to

   Titanium Funds.  See Exhibit A (State Court Complaint)

2. On July 8, 2016 a Default Judgment was granted in the State Court Case.  See Exhibit B

   (Utah State Court Docket Case No. 160408129).

3. On July 26, 2016 an Application for Writ of Garnishment was filed by the Creditors.  See Exhibit B.

4. On August 3, 2016 a Motion for DWS Order, a Proposed Order and Notice to submit was filed by the Creditor.  The Order was signed by the State Court Judge on August 22, 2017.  See Exhibit B.

5. On July 31, 2018, Scott Williams (Debtor) filed for Chapter 7 Bankruptcy Petition in this Court.  Debtor filed a list of Creditors that included Titanium Funds. See Exhibit C (Debtor's mailing matrix).

6. On August 2, 2018 2 Days after Debtor filed his Chapter 7 Bankruptcy case, Creditors filed a Motion for Supp Order and a Proposed Order.  That Order was signed by the Judge on August 3, 2018.  See Exhibit B.

7. No other collection efforts known to the Debtor or filed in the State Court case occurred for nearly 6 years.  Presumably in compliance with both the automatic stay pursuant to 11 U.S.C. §362 and the discharge injunction pursuant to U.S.C. §727.

8. On August 8, 2018 the First Meeting of Creditors was held by Trustee Steve Bailey.

9. On October 24, 2018, the Ch.7 Trustee filed a "Report of No distribution".  See Exhibit D (ECF Pacer Docket for Bankruptcy Case)

10. On October 25th, 2018, a "Clerk's Notice of No Claim Distribution" was filed.  See Exhibit D.

11. On June 24, 2024 Creditors filed a Motion to Renew Judgment in the State Court Case. See Exhibit B.

12. On October 26, 2024 The Order to Renew Judgment was signed by the State Court Judge.  See Exhibit B.

13. On May 20, 2025 Creditors filed an Application for Writ of Garnishment.  See Exhibit B.

14. On May 20, 2025 The Writ of Garnishment was signed by the State Court Judge.  See Exhibit B.

15. On June 9, 2025 Debtor was informed by his employer of the pending garnishment.

16. On June 19, 2025 Debtor contacted Creditors to discuss the garnishment and his bankruptcy case.  See Attached Exhibit E (affidavit of Debtor).

17. On June 20, 2025 Debtor was garnished by Creditors in the amount of $431.62.  See Exhibit F.

18.  On June 25, 2025 Debtor's counsel in the original bankruptcy case (Beehive Advocates) sent via email to Creditor the attached "In Re Parker" letter.  See Exhibit G and H. (Email Correspondence and in re: Parker Letter)  (an in "In re: Parker letter is a commonly used term for a letter sent to a creditor notifying them of Debtor's discharge and holding in *Parker.*)

19. Counsel did not receive any correspondence back from Creditors.

20.  On July 3rd Beehive Advocates sent a more detailed email and attached the same letter again.  See Exhibit I and Exhibit H (Second Email Correspondence).

21. On July 7, 2025 Debtor was garnished by Creditors in the amount of  $478.56.  See Exhibit J

22. On July 22, 2025 Debtor was garnished by Creditors in the amount of  $503.90.  See Exhibit K.

23. On August 7, 2025 Debtor was garnished by Creditors in the amount of  $557.44.  See Exhibit L.

24. As of August 12, 2025 Debtor has been damaged by way of wage garnishment in the
amount of $1,971.52.  The garnishment continues to happen to date and any award of
damages should be adjusted accordingly.  Additionally, Debtor has been damaged by way
of incurred legal fees in an approximate amount of $5,000.00 (amount to be determined).

## ARGUMENT

25.   Creditors have repeatedly and willfully ignored all documentation of Debtor's
Chapter 7  discharge injunction against their claim. In willful violation of the
injunction, they continue to pursue a garnishment obtained when Creditors ignored
the "In Re: Parker Notice" provided to them.

26.   The Debtor in this case has been injured by this abuse in that they have had to incur
attorney's costs and time in attempting to prevent the pending garnishment.
Additionally, Debtor has been injured by the ongoing wage garnishment of Creditors.
It would be appropriate for the Court to enter an order requiring Creditor to
immediately repair the damage they have caused.

27.   11 U.S.C. 105(a) states that "[t]he court may issue any order, process, or judgment
that is necessary or appropriate to carry out the provisions of this title." The section
further states that this Court may take "any action" or make "any determination
necessary" "to enforce or implement court orders or rules, or to prevent an abuse of
process."

28.   Under 11 U.S.C. §362(a)(1), upon the filing of a bankruptcy petition, an automatic
stay arises to bar the commencement or continuation of debt collection efforts against
the debtor. A party violating the automatic stay through continuing a collection action

in a non-bankruptcy forum, must automatically dismiss or stay such proceeding or risk possible sanctions for willful violations pursuant to § 362 (h). *Eskanos & Adler, P.C. v. Leetien* 309 F.3d 1210 C.A.9, (2002).

29.   In the present matter, Creditor has collected from Debtor through a non-bankruptcy forum in the form of a court-ordered garnishment.

30.   Further, Creditor's post petition garnishment was a willful violation of 11 U.S.C. § 362 and 11 U.S.C § 727 . Under the Automatic Stay provision (11 U.S.C. § 362), a willful violation is satisfied if a party had notice of the automatic stay, and its actions in violation of the stay were intentional. *Pinkstaff v. United States* (In re Pinkstaff), 974 F.2d 113, 115 (9th Cir.1992) A technical or inadvertent violation, on the other hand, occurs if acts to collect a debt are taken without knowledge of the stay. *Walters v. Sherwood Municipal Court,* (In re Walters), 219 B.R. 520, 526 (Bank.W.D. Ark, 1998)

31.   In the present case, Creditors received notice of the automatic stay and discharge through all possible avenues available to Debtor. Debtor through counsel has provided Creditor multiple discharge violation and notice of discharge letters by email. Debtor has communicated the stay violation over phone. Creditors' violation is neither technical nor inadvertent, but is actual and intentional.

32.   Even if Creditors' garnishment was inadvertent to begin with, "an innocent stay violation can become willful if the creditor fails to remedy the violation after receiving notice of the stay." *Diviney v. NationsBank of Texas* (In re *Diviney),* 225 B.R. 762, 774 (10th Cir. BAP1998) Creditor's violation became willful when he

ignored not only the telephone communication from Debtor himself but, two separate

notices sent to Creditors via email by Debtor's previous counsel.

33.    At this time, Creditors continue to garnish Debtor's wages. The purpose of filing for

relief under Title 11 is to obtain relief. It is offensive to the Debtor to be garnished by

a creditor who has been notified of the bankruptcy case. Creditors' violation of 11

U.S.C. §§ 362 and 727 has caused the Debtor mental anguish and frustration. It has

also caused the Debtor to expend effort and time in attempting to correct the

violation,   time that could have been used in more productive ways. The violation

has also caused the Debtors to incur additional attorneys' fees that they are in no

position to pay. It is repugnant that Creditors shows so little regard for the

Bankruptcy Code.

34.    The Bankruptcy Appellate Panel held in *In re Parker*, 264 B.R. 685 (2001)

"[P]ursuant to the plain language of the Bankruptcy Code the debt is discharged by

operation of law and that to reopen a bankruptcy case to schedule a previously

unlisted debt in a no asset, no bar date case has no effect on the Discharge ability of

the debt."  In this case the underlying debt was owed to Titanium Funds and Titanium

Funds was listed in the Bankruptcy schedules.  Although Alpina Legal and Cascade

Collections were not listed on Debtor's Creditor Matrix the essence of  the *In re:

Parker* ruling was that the debt, although not listed, is included in the bankruptcy

discharge.  Additionally, in this matter all collection efforts stopped by Creditors two

days after the bankruptcy case was filed and no other efforts to collect the debt were

made until nearly 6 years later.  Presumably the collection efforts stopped due to

Creditors' knowledge of the Bankruptcy filings.

35.    Creditors' actions are arrogant and in clear violation of the Bankruptcy Code. The

Debtor seeks the imposition of sanctions against Creditors such that any and all debt

owed or alleged to be owed by the Debtor be voided. Further, under 11 U.S.C.

362(k), the Debtor seeks actual damages and punitive damages. As for actual

damages, Debtor seeks an award of attorney fees and the amount of wages garnished

in violation of the automatic stay and the discharge.

36.    Under *State Farm Mutual v. Campbell*, 538 U.S. 408, 424-425 (2003).  the Court

cited to *BMW of North America, Inc. v. Gore*, 517 U.S. 559 (1996) to analyze

punitive damages. *Gore* used three different guide posts to determine punitive

damages. Turning to the second guidepost the Court shared their reluctance to

identify concrete constitutional limits on the ratio between harm, or potential harm, to

the plaintiff and the punitive damages award. However, the Court stated that in

practice, few awards exceeding a single digit ratio between punitive and

compensatory damages, to a significant degree, will satisfy due process.  *State Farm*

*Mutual v. Campbell* at 425. Nonetheless, because there are no rigid benchmarks that a

punitive damages award may not surpass, ratios greater than those previously upheld

may comport with due process where "a particularly egregious act has resulted in

only a small amount of economic damages." *Id.* at 425.

37.    Here, Creditors'  "egregious" attitude toward the Debtor is evidenced from their

initial conversation with Debtor that " … this won't stop.  I am not going to help you

with it so you will need to get an attorney."  (See Exhibit E) and their continued

disregard of the "in Re Parker notices", then continuing to pursue the garnishment

and actually garnish after numerous forms of notice justifies at least punitive damages of no less than a 9 to 1 ratio of actual damages to compensatory damages.

WHEREFORE, debtor prays for judgment as follows:

1.   That Creditors be found to have willfully violated the provisions of the Automatic Stay under 11 U.S.C §362 and 727 thereby warranting actual and punitive damages as outlined herein.

2.   That Debtor be awarded actual damages of $1,971.52 (amount will increase due to ongoing wage garnishment) or an amount to be determined by the court.

3.   Attorney fees and costs for an amount to be determined.

4.   That punitive damages be awarded against Creditor in the amount of $17,743.68 or an amount to be determined by the court.

5.   That any claim filed by Creditor be disallowed as sanctions for their willful conduct.


Dated this: August 19, 2015

  /s/ Cory B. Cottam
Cory B. Cottam
Attorney for Debtor

# Exhibit A

Chad C. Rasmussen (13847)
ALPINA LEGAL
350 E Center Street, Ste. 7
Provo, UT 84606
Phone: 801-747-9529
Fax: 801-384-0519
E-mail: chad@AlpinaLegal.com

*Attorney for Plaintiff*

IN THE WEST JORDAN DEPT. OF THE THIRD JUDICIAL DISTRICT COURT
SALT LAKE COUNTY, STATE OF UTAH
**8080 S Redwood Rd., Ste. 1701, West Jordan, UT 84088 - 801-233-9700**

| | |
|---|---|
| CASCADE COLLECTIONS LLC, a Utah Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> SCOTT WILLIAMS, an individual, <br><br> Defendant. | **COMPLAINT** <br><br> (Tier 1) <br><br> Case No. <br><br> Judge: |

Plaintiff, by and through counsel Chad C. Rasmussen of Alpina Legal, hereby complains

of Defendant and alleges as follows:

**General Allegations**

1. That the cause of action herein arose in Salt Lake County, State of Utah and/or Defendant is

   a resident of Salt Lake County, State of Utah.

2. That on or around March 20, 2014, Defendant executed documents to purchase and to

   finance the purchase of a vehicle ("Loan Agreement").

3. That Defendant executed said Loan Agreement to be able to purchase a 2005 Black Dodge

   Stratus ("Vehicle"), for the purchase price of $8,245.14, plus taxes, title, and other

   applicable charges.

1

4. That said Loan Agreement was assigned to or provided financing from Titanium Funds
LLC.

5. That the charged-off Loan Agreement accounts of Titanium Funds LLC, including that of
Defendant's, have been assigned to Plaintiff through a Collection Agreement and
Assignment of Accounts between Plaintiff and Titanium Funds LLC.

### First Cause of Action (Breach of Contract)

6. Plaintiff hereby incorporates by reference and restates paragraphs 1 through 5 of this
Complaint.

7. That Defendant became delinquent in the repayment of the loan for the purchase of said
Vehicle.

8. Because Defendant failed to make required payments on the Vehicle pursuant to the Loan
Agreement, the Vehicle was repossessed and was sold at collateral sale.

9. After applying the proceeds of the collateral sale on or around April 22, 2015, the deficiency
assessed against Defendant therefore was $5,067.97.

10. Since Defendant failed to comply with the terms of the Loan Agreement, the amount due
under the Loan Agreement is $5,067.97 plus interest, which has not been paid by
Defendant.

11. Plaintiff is entitled to costs and attorney's fees incurred in bringing this action. A reasonable
attorney's fee herein is an amount equal to the provision of Rule 73 of the Utah Rules of
Civil Procedure if this matter is uncontested; or, if contested, a reasonable attorney's fee
herein is $225.00 per hour both before and after judgment.

12. That Plaintiff's counsel will not share the fee or any portion thereof in violation of Rule 5.4
of the Rules of Professional Conduct.

13. Plaintiff is also entitled to collection fees/costs incurred in collecting on Defendant's account in the amount of $2,027.19.

**Second Cause of Action (Unjust Enrichment)**

14. Plaintiff hereby incorporates by reference and restates paragraphs 1 through 13 of this Complaint.

15. Defendant received and used the Vehicle purchased through the Loan Agreement and this confers a benefit upon Defendant.

16. Defendant was aware of the obligations and the expectation to pay the amounts due under the Loan Agreement.

17. Not paying the amount of the deficiency due Plaintiff, and permitting Defendant to not pay, would be inequitable and unjustly enrich Defendant in the amount of $5,067.97.

WHEREFORE, Plaintiff prays for judgment for specific relief against Defendant as follows:

1. For a judgment in the amount of $5,067.97 plus interest thereon at the rate of 24.880% per annum from and after April 22, 2015;

2. For all costs of court and service herein;

3. For attorney's fees as provided in Rule 73 Utah R. Civ. P. if this matter is uncontested or $225.00 per hour if contested;

4. For a collection fee/cost of $2,027.19 as provided in the Loan Agreement;

5. For post-judgment interest on the entire judgment, including the amount of the unpaid deficiency and interest, attorney's fees, and costs and disbursements, at the rate of 24.880% per annum;

6. For augmentation of the judgment for post-judgment attorney's fees and costs in

3

connection with the collection of its judgment through Plaintiff's application to the Court;

and

7. For any and all other and further relief deemed appropriate by this honorable court.

DATED this 17th day of May, 2016.

ALPINA LEGAL

/s/ Chad C. Rasmussen
Chad C. Rasmussen
Attorney for Plaintiff

# Exhibit B

THIRD JUDICIAL DISTRICT - SALT LAKE COUNTY DISTRICT COURT
SALT LAKE COUNTY, STATE OF UTAH


ALPINA LEGAL vs. SCOTT WILLIAMS
CASE NUMBER 160408129 Debt Collection

---

CURRENT ASSIGNED JUDGE
        RICHARD DAYNES

PARTIES
        Plaintiff - ALPINA LEGAL
        Represented by: CHAD RASMUSSEN

        Defendant - SCOTT WILLIAMS


ACCOUNT SUMMARY
        Total Revenue Amount Due:        472.50
                    Amount Paid:        472.50
                  Amount Credit:          0.00
                         Balance:          0.00
        REVENUE DETAIL - TYPE: COMPLAINT 2K-10K
                     Amount Due:        185.00
                    Amount Paid:        185.00
                  Amount Credit:          0.00
                         Balance:          0.00


        REVENUE DETAIL - TYPE: GARNISHMENT
                     Amount Due:         50.00
                    Amount Paid:         50.00
                  Amount Credit:          0.00
                         Balance:          0.00


        REVENUE DETAIL - TYPE: RENEW JDMT SC 10K+
                     Amount Due:        187.50
                    Amount Paid:        187.50
                  Amount Credit:          0.00
                         Balance:          0.00


        REVENUE DETAIL - TYPE: GARNISHMENT
                     Amount Due:         50.00
                    Amount Paid:         50.00
                  Amount Credit:          0.00
                         Balance:          0.00


CASE NOTE


PROCEEDINGS
06-06-2016   Filed: Complaint

---

```
06-06-2016   Filed return: Summons on Return upon ABIGAIL BARNSON for
                  Party Served: SCOTT WILLIAMS
                  Service Type: Personal
                  Service Date: May 26, 2016
                       Garnishee:
06-06-2016   Case filed by efiler
06-06-2016   Fee Account created Total Due: 185.00
06-06-2016   COMPLAINT 2K-10K Payment Received:  185.00
06-06-2016   Note: discovery tier set to 1
06-06-2016   Judge L DOUGLAS HOGAN assigned.
06-06-2016   Filed: Return of Electronic Notification
07-07-2016   Filed: Affidavit/Declaration per rule 55 and memo of cost
07-07-2016   Filed: DDMDC Search
07-07-2016   Filed: Default Certificate (Proposed)
07-07-2016   Filed: Default Judgment (Proposed)
07-07-2016   Filed: Military Service Aff/Declaration
07-07-2016   Filed: signed contract
07-07-2016   Filed: Default Certificate
07-07-2016   Filed judgment: Default Judgment
                  Judge L DOUGLAS HOGAN
                  Signed July 07, 2016
07-07-2016   Judgment Entered - Amount $9734.27                      maryp
07-07-2016   Filed: Return of Electronic Notification
07-07-2016   Filed: Return of Electronic Notification
07-07-2016   Filed: Return of Electronic Notification
07-08-2016   Case Disposition is Judgment
             Disposition Judge is L DOUGLAS HOGAN
07-08-2016   Filed: cer of service: notice of judgment
07-08-2016   Filed: Return of Electronic Notification
07-26-2016   Filed: Application for Writ of Garnishment
07-26-2016   Filed: Writ of Continuing Garnishment (Proposed)
07-26-2016   Issued: Writ of Continuing Garnishment
                  Clerk MARY PERKINS
07-26-2016   Fee Account created Total Due: 50.00
07-26-2016   GARNISHMENT Payment Received:  50.00
07-26-2016   Filed: Return of Electronic Notification
07-27-2016   Filed return: Return of Service - Garnishment, AAA of Northern
             California, Nevada & Utah
                  Party Served: AAA OF NORTHERN CALIFORNIA, NEVADA & UTA
                  Service Type: Mail
                  Service Date: July 27, 2016
                       Garnishee: AAA of Northern California, Nevada & Utah
07-27-2016   Filed: Return of Electronic Notification
08-03-2017   Filed: Motion for DWS Order
                  Filed by: ALPINA LEGAL
08-03-2017   Filed: Return of Electronic Notification
08-22-2017   Filed: Order (Proposed) DWS
08-22-2017   Filed: Request/Notice to Submit Motion for DWS Order
08-22-2017   Filed: Return of Electronic Notification
08-22-2017   Filed order: Order DWS
                  Judge L DOUGLAS HOGAN
                  Signed August 22, 2017
```

```
08-22-2017   Filed: Return of Electronic Notification
08-02-2018   Filed: Motion for Supp Order
                  Filed by: ALPINA LEGAL
08-02-2018   Filed: Supplemental Order (Proposed) 09/21/2018
08-02-2018   Filed: Return of Electronic Notification
08-03-2018   Issued: Supplemental Order 09/21/2018
                  Clerk LEAH RYAN
08-03-2018   Filed: Return of Electronic Notification
09-11-2023   Judge CHARLES STORMONT assigned.
06-20-2024   Judge RICHARD DAYNES assigned.
06-24-2024   Filed: Motion to Renew Judgment
                  Filed by: ALPINA LEGAL
06-24-2024   Filed: copy of original judgment
06-24-2024   Fee Account created Total Due: 187.50
06-24-2024   RENEW JDMT SC 10K+ Payment Received:  187.50
06-24-2024   Filed: Return of Electronic Notification
07-16-2024   Filed: Judgment Renewal (Proposed)
07-16-2024   Filed: Request/Notice to Submit motion to renew judgment
07-16-2024   Filed: Return of Electronic Notification
07-17-2024   Note: E-filing to Judge
08-23-2024   Note: Emailed the Plaintiff's attorney asking for to submit an
             Amended Motion that includes the interest in the motion. -DN
09-05-2024   Judgment # 1 Satisfied                                       leahr
09-09-2024   Filed: Other - Not Signed Judgment Renewal (Proposed)
09-09-2024   Note: From the Judge:
             Please contact plaintiff and have them submit an amended motion
             with the correct amount of interest in their motion. They did
             not include an interest amount in their motion..
09-09-2024   Filed: Return of Electronic Notification
09-16-2024   Filed: Motion amended motion to renew judgment (corrected to
             include interest)
                  Filed by: ALPINA LEGAL
09-16-2024   Filed: Return of Electronic Notification
09-26-2024   Judgment # 1 Modified 9,734.27                              gaylinm

             Creditor  : ALPINA LEGAL
             Debtor    : SCOTT WILLIAMS
                         775.00 AttorneyFees
                         2,027.19 CollCosts
                         20.00 Costs
                         185.00 FilingFees
                         1,587.11 PreJdmtInt
                         5,067.97 Principal
                         72.00 ProcServFee
             9,734.27 Judgment Grand Total

09-26-2024   Filed order: Order Renewing Judgment and Substituting Party
             Plaintiff
                  Judge RICHARD DAYNES
                  Signed September 26, 2024
09-26-2024   Note: PLA Name changed from  CASCADE COLLECTIONS LLC
09-26-2024   Note: PLA Name changed to  ALPINA LEGAL
09-26-2024   Filed: Return of Electronic Notification
05-20-2025   Filed: Application for Writ of Garnishment
```

```
05-20-2025   Filed: Writ of Continuing Garnishment (Proposed)

05-20-2025   Issued: Writ of Continuing Garnishment
                  Clerk MICHAEL CORVIN

05-20-2025   Fee Account created Total Due: 50.00

05-20-2025   GARNISHMENT Payment Received:  50.00

05-20-2025   Filed: Return of Electronic Notification

07-02-2025   Filed return: Return of Service - Garnishment, TPUSA INC DBA
             TELEPERFORMANCE upon DANI SNOW (CORPORATE SRV MGR/PERSON IN
             CHARGE) for
                     Party Served: DANI SNOW (CORPORATE SRV MGR/PERSON IN C
                     Service Type: Personal
                     Service Date: May 29, 2025
                        Garnishee: TPUSA INC DBA TELEPERFORMANCE

07-02-2025   Filed: Return of Electronic Notification
```

## Exhibit "C"

Label Matrix for local noticing
1088-2
Case 18-25580
District of Utah
Salt Lake City
Tue Aug 12 15:34:42 MDT 2025

1st Choice Money Center
1244 South Redwood Road
Salt Lake City, UT 84104-3707

AA Community Finance
117 S Prairie St
Bethalto, IL 62010-1521

Attorney General for United States
950 Pennsylvania Avenue, NW
Room 4400
Washington, DC 20530-0001

Steven R. Bailey tr
Steven R. Bailey, Attorney at Law
2454 Washington Blvd.
Ogden, UT 84401-2312

Bluffdale Justice Court
2222 14400 S
Riverton, UT 84065-5248

Cash Store Corporate Office
1901 Gateway Drive, Suite 200
Irving, TX 75038-2425

Cbe Hlthcare
1309 Technology Pkwy
Cedar Falls, IA 50613-6976

Clearfield Justice Court
55 S Center Street
Clearfield, UT 84015

Dept Of Education/neln
121 S 13th St
Lincoln, NE 68508-1904

(p)QUESTAR GAS DBA ENBRIDGE GAS UTAH
ATTN BANKRUPTCY DNR 132
PO BOX 3194
SALT LAKE CITY UT 84110-3194

Express Rcvy
Po Box 26415
Salt Lake City, UT 84126-0415

Fast Bucks
4083 S. Redwood Road
Salt Lake City, UT 84123-1131

Fat Money Loans
21301 Powerline Rd #106
Boca Raton, FL 33433-2389

KC Garner
Beehive Advocates
10907 South State Street
Sandy, UT 84070-4102

Glass Mountain Capital
1930 Thoreau Drive N
Schaumburg, IL 60173-4179

Intermountain Health Care
Remittance Processing
PO Box 410400
Salt Lake City, UT 84141-0400

Intermountain Healthcare
PO Box 27808
Salt Lake City, UT 84127-0808

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Loans For Less
3396 S 300thw
Salt Lake City, UT 84115

Loans for Less
3901 Riverdale Rd.#A
South Ogden UT 84405-1540

Mr. Money
1858 W 5150 S Suite #503
Roy, UT 84067-3063

Ofc Rcvy Svc
120 North 200 West
Salt Lake City, UT 84145

Rocky Mountain Power
PO Box 25308
Salt Lake City, UT 84125-0308

SERENDIPITY LENDING
533 26th Street STE 100 OFFICE 2
Ogden, UT 84401-2459

SFC Central Bankruptcy
PO Box 1893
Spartanburg, SC 29304-1893

Sandy Justice Court
210 Sego Lily Dr.
Sandy, UT 84070-3282

Titanium Funds Llc
3081 S State St Fl 2
South Salt Lake, UT 84115-3832

U.S. Department of Education
PO Box 16448
St. Paul, MN 55116-0448

USA Cash Services
1752 Combe Road, Ste. 1
Ogden, UT 84403-5069

United States Trustee
Washington Federal Bank Bldg.
405 South Main Street
Suite 300
Salt Lake City, UT 84111-3402

Utah Power Cu
957 E 6600 S
Salt Lake City, UT 84121-2444

Utah State Tax Commission
Attn: Bankruptcy Unit
210 North 1950 West
Salt Lake City, UT 84134-3340

Utah Title Loans
1460 S. State Street
Salt Lake City, UT 84115-5424

Verizon Wireless
Bankruptcy Department
500 Technology Drive Suite 500
Saint Charles, MO 63304-2225

West Valley Justice Court
3590 Constitution Blvd
Salt Lake City, UT 84119-3718

Scott Michael Williams
222 South 1000 E
Clearfield, UT 84015-1104

Workforce Services
140 E Broadway
Salt Lake City, UT 84111-2333

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Dominion Energy
PO Box 45841
Salt Lake City, UT 84139-0001

Jefferson Capital Syst
16 Mcleland Rd
Saint Cloud, MN 56303

(d)Questar Gas Company/dba Dominion Energy of
Bankruptcy DNR 132
1140 West 200 South
PO Box 3194
Salt Lake City, UT 84110

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)U S Dept Of Ed/Gsl/Atl
Po Box 4222
RETURNED MAIL--99999

End of Label Matrix
Mailable recipients    38
Bypassed recipients     1
Total                  39

# **Exhibit D**

DISCH_DB, CLOSED

# U.S. Bankruptcy Court
## District of Utah (Salt Lake City)
## Bankruptcy Petition #: 18-25580

*Date filed:* 07/31/2018
*Date terminated:* 11/27/2018
*Debtor discharged:* 11/21/2018
*341 meeting:* 09/19/2018 11:30 AM
*Deadline for objecting to discharge:* 11/19/2018

*Assigned to:* Joel T. Marker
Chapter 7
Voluntary
No asset

*Debtor disposition:*  Standard Discharge

| | |
|---|---|
| *Debtor* | represented by **KC Garner** |
| **Scott Michael Williams** | Beehive Advocates |
| 222 South 1000 E | 10907 South State Street |
| Clearfield, UT 84015 | Sandy, UT 84070 |
| DAVIS-UT | 801-432-2975 |
| SSN / ITIN: xxx-xx-4550 | Fax : 801-528-3092 |
| | Email: kc@beehivelaw.com |

*Trustee*
**Steven R. Bailey tr**
Steven R. Bailey, Attorney at Law
2454 Washington Blvd.
Ogden, UT 84401
(801) 621-4430
karen@baileylaw.org

*U.S. Trustee*
**United States Trustee**
Washington Federal Bank Bldg.
405 South Main Street
Suite 300
Salt Lake City, UT 84111
USTPRegion19.SK.ECF@usdoj.gov

**Debtor(s) email addresses used for BNC noticing ONLY**

| Filing Date | # | Docket Text |
|---|---|---|
| 12/26/2018 | | Trustee Voucher Amount Paid: $60 Voucher Number: 0028 (ez) (EOD: 12/28/2018) |
| 11/27/2018 | 18 | The Trustee has filed a Final Account of Trustee and has certified that the estate has been fully administered, and no timely objection has been filed. Accordingly, the trustee is discharged, all pending motions under Bankr.D.Ut.LBR 9013-2(f)(4) are denied without prejudice and THE CASE IS HEREBY CLOSED. SO ORDERED, /s/ Joel T. Marker, United States Bankruptcy Judge. |

The order in this matter is set forth in the Notice of Electronic Filing created by this entry. No document is attached. (sjl) (EOD: 11/27/2018)

| | | |
|---|---|---|
| 11/23/2018 | [17](4 pgs) | BNC Certificate of Service - Order of Discharge. (related document(s):16 Order Discharging Debtor(s)(auto)). Notice Date 11/23/2018. (Admin.) (EOD: 11/23/2018) |
| 11/21/2018 | [16](2 pgs) | Order Discharging Debtor(s)(auto) (Admin.) (EOD: 11/21/2018) |
| 11/12/2018 | [15](2 pgs) | Debtor's Certification of Completion of Instructional Course Concerning Financial Management Filed by Scott Michael Williams. (Garner, KC) (EOD: 11/12/2018) |
| 11/07/2018 | [14](5 pgs) | Certificate of Service Re: Miscellaneous Pleadings. Notice Date 11/07/2018. (Admin.) (EOD: 11/07/2018) |
| 11/05/2018 | | Clerks Notice to File Financial Management Education Certificate (B23/423) (admin) (EOD: 11/05/2018) |
| 10/27/2018 | [13](3 pgs) | Certificate of Service Re: Miscellaneous Pleadings. Notice Date 10/27/2018. (Admin.) (EOD: 10/27/2018) |
| 10/25/2018 | | Clerk's Notice to No Claim Distribution. (sjl) (EOD: 10/25/2018) |
| 10/24/2018 | | Chapter 7 Trustee's Report of No Distribution: having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 3 months. Assets Abandoned (without deducting any secured claims): $ 225.00, Assets Exempt: $ 240.00, Claims Scheduled: $ 39887.75, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $ 39887.75. (Bailey tr, Steven) (EOD: 10/24/2018) |
| 09/26/2018 | | Receipt of Filing Fee for Electronically Paid Fee - Installments (FINAL)(18-25580) [genaty,genainfi] ( 111.00). Receipt Number 21431182, Amount $ 111.00 (Re: Doc# ). (U.S. Treasury) (EOD: 09/26/2018) |
| 09/22/2018 | [12](7 pgs) | BNC Certificate of Service Re: Notice (related document(s): Trustee's Request for Creditors to File Claims). Notice Date 09/22/2018. (Admin.) (EOD: 09/22/2018) |
| 09/22/2018 | | Electronically Paid Fee FINAL (related document(s): Order on Motion To Pay Filing Fee in Installments). Amount Paid: $111 Filed by Scott Michael Williams. (Garner, KC) (EOD: 09/22/2018) |
| 09/21/2018 | [doc](12 pgs) | Proof of Claim Attachment 3001(c)(1)(d) Claim Number(s): 2 Utah Power Credit Union (Eiden, Carolyn) Modified on 9/21/2018 (sjl). (EOD: 09/21/2018) |

| | | |
|---|---|---|
| 09/20/2018 | | Trustee's Request for Creditors to File Claims filed by Trustee. Proofs of Claims due by 12/21/2018. (Bailey tr, Steven) (EOD: 09/20/2018) |
| 08/27/2018 | | Receipt of Filing Fee for Electronically Paid Fee - Installments(18-25580) [genaty,genainst] ( 112.00). Receipt Number 21307540, Amount $ 112.00 (Re: Doc# ). (U.S. Treasury) (EOD: 08/27/2018) |
| 08/24/2018 | | Electronically Paid Fee (related document(s): Order on Motion To Pay Filing Fee in Installments). Amount Paid: $112 Filed by Scott Michael Williams. (Garner, KC) (EOD: 08/24/2018) |
| 08/23/2018 | | Receipt of Filing Fee for Electronically Paid Fee - Installments(18-25580) [genaty,genainst] ( 112.00). Receipt Number 21290375, Amount $ 112.00 (Re: Doc# ). (U.S. Treasury) (EOD: 08/23/2018) |
| 08/19/2018 | | Electronically Paid Fee (related document(s): Order on Motion To Pay Filing Fee in Installments). Amount Paid: $112 Filed by Scott Michael Williams. (Garner, KC) (EOD: 08/19/2018) |
| 08/08/2018 | 11 (4 pgs) | 341 Meeting Notice (see image for details) and BNC Certificate of Service. (related document(s): First Meeting (Chapter 7)). Notice Date 08/08/2018. (Admin.) (EOD: 08/08/2018) |
| 08/08/2018 | 10 (1 pg) | Disclosure of Compensation of Attorney for Debtor (per BR 2016). Filed by Scott Michael Williams. (Garner, KC) (EOD: 08/08/2018) |
| 08/08/2018 | 9 (45 pgs) | Statement of Financial Affairs and Schedules Filed by Scott Michael Williams. (Garner, KC) (EOD: 08/08/2018) |
| 08/08/2018 | 8 (2 pgs) | Chapter 7 Statement of Your Current Monthly Income Form 122A-1 Filed by Scott Michael Williams. (Garner, KC) (EOD: 08/08/2018) |
| 08/03/2018 | 7 (2 pgs) | BNC Certificate of Service - Order to Pay Filing Fee in Installments. (related document(s): Order on Motion To Pay Filing Fees in Installments). Notice Date 08/03/2018. (Admin.) (EOD: 08/03/2018) |
| 08/03/2018 | 6 (2 pgs) | BNC Certificate of Service Re: Deficiency Notice (related document(s): Chapter 7 Deficiencies). Notice Date 08/03/2018. (Admin.) (EOD: 08/03/2018) |
| 08/01/2018 | | DEFICIENCY NOTICE. MISSING PAPERS REQUIRED TO BE FILED: Attorney Compensation Disclosure Statement, Declaration/Schedules Signatures, Chapter 7 Statement of Your Current Monthly Income, Statement of Financial Affairs and Schedules, Summary of Assets and Liabilities, Incomplete Filings due by 8/14/2018. 11 USC 521(i) Deadline: 9/17/2018. (fsl) (EOD: 08/01/2018) |
| 08/01/2018 | | Order Granting Application To Pay Filing Fees In Installments (Related Doc # 2). First Installment Payment of $112.00 due by 8/14/2018. Second Installment Payment of $112.00 due by 8/28/2018. Final Installment Payment of $111.00 due by 9/18/2018. (fsl) (EOD: 08/01/2018) |
| 08/01/2018 | | Notice of Debtors Prior Filings |

| Debtor | Case No | Note |
|---|---|---|

| | | |
|---|---|---|
| | Scott Michael Williams | 08-23518 Ch7 filed in Utah on 09/18/2006, Standard Discharge on 12/20/2006 (Admin) (EOD: 08/01/2018) |
| 07/31/2018 | 5 (1 pg) | Credit Counseling Agency Briefing Certificate (Prefiling) For Debtor Scott Michael Williams Filed by Scott Michael Williams. (Garner, KC) (EOD: 07/31/2018) |
| 07/31/2018 | | Withdrawal of Document (related document(s):4 Credit Counseling Agency Briefing Certificate (Prefiling)). Reason for Withdrawal: Incorrect Document Filed by Scott Michael Williams. (Garner, KC) (EOD: 07/31/2018) |
| 07/31/2018 | | Meeting of Creditors & Notice of Appointment of Interim Trustee Steven R. Bailey tr, with 341(a) meeting to be held on 09/19/2018 at Fed Bldg.Rm 1407,Ogden. Objections to Discharge due by 11/19/2018. (EOD: 07/31/2018) |
| 07/31/2018 | 4 (1 pg) | Credit Counseling Agency Briefing Certificate (Prefiling) For Debtor Scott Michael Williams Filed by Scott Michael Williams. (Garner, KC) WITHDRAWN Modified on 8/1/2018 (fsl). (EOD: 07/31/2018) |
| 07/31/2018 | 3 | Statement of Social Security Number(s) Filed by Scott Michael Williams. (Garner, KC) (EOD: 07/31/2018) |
| 07/31/2018 | 2 (2 pgs) | Application to Pay Filing Fee in Installments Filed by Scott Michael Williams. (Garner, KC) (EOD: 07/31/2018) |
| 07/31/2018 | | Creditor(s) uploaded (30 creditors). (Garner, KC) (EOD: 07/31/2018) |
| 07/31/2018 | 1 (7 pgs) | Chapter 7 Voluntary Petition. Filed by Scott Michael Williams. (Garner, KC) (EOD: 07/31/2018) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 08/12/2025 15:09:02 | | |
| **PACER Login:** | cottamcb | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 18-25580 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |

# **Exhibit E**

MORRISON LAW GROUP
**THERON D MORRISON ( 10331)**
**CORY B. COTTAM (15113)**
290 25th Street Suite 102
Ogden Utah 84401
Telephone: (801) 392-9324
Fax: (801)337-2087

---

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In Re: Scott Williams | Bankruptcy Case No. 18-25580 |
| Debtor(s). | Chapter 7<br>Honorable Joel T. Marker |

---

### DECLARATION/AFFIDAVIT

---

I, Scott Williams, being first duly sworn and this document being signed under penalty of perjury I state the following:

1. On June 19, 2025 after being notified of a pending garnishment from my employer I contacted Alpina Legal regarding the garnishment.

2. During the phone call I spoke with a male that answered the phone "Law Office".  I assumed I was speaking with Chad Rasmussen since his name is on the garnishment I received.   The man I spoke with informed me the garnishment was for a debt owed to Titanium Funds for a car purchased at Lucky's Auto for approximately $5,000.00.

3. I informed the representative that the debt to Titanium Funds was included in my bankruptcy case filed in 2018.

4. The representative responded "Well this won't stop.  I am not going to help you with it so you will need to get an attorney."

5.  After the phone call I contacted my bankruptcy attorney and he confirmed the

underlying debt was included in the 2018 Bankruptcy case.

6.  I then began looking to retain an attorney to resolve this dispute.


DATED this __12th__ day of  Augsut, 2025

_____
Scott Williams

# Exhibit F



## Earnings Statement

EPT    VOUCHER NO.
XFR    134030   20X316   HA    000000000000

TPUSA, INC.
1991 SOUTH 4650 WEST
SALT LAKE CITY, UT 84104
1-877-877-3944

| | |
|---|---|
| Period Beginning: | 06/01/2025 |
| Period Ending: | 06/15/2025 |
| Pay Date: | 06/20/2025 |

Filing Status: Single/Married  filing separately
Exemptions/Allowances:
    Federal: Tax blocked

**SCOTT  M  WILLIAMS**
**2078  W  WASA  ST**
**WEST  JORDAN  UT  84088-8381**

| Earnings | rate | hours | this  period | year  to  date |
|---|---|---|---|---|
| Regular | 19.8600 | 80.00 | 1,588.80 | 19,076.12 |
| Overtime | 31.3265 | .98 | 30.70 | 559.74 |
| Bonus | | | 250.00 | 2,426.98 |
| Benefit Hours | | | | 1,259.44 |
| Holiday | | | | 472.00 |
| Prize Points | | | | 65.00 |
| **Gross Pay** | | | **$1,869.50** | 23,859.28 |

Your  federal  taxable  wages  this  period  are
$1,869.50

**Other  Benefits  and**
**Information**          this  period          total  to  date
Totl Hrs Worked              80.98

**Important  Notes**
TELEPERFORMANCE  HOTLINE:  1-877-877-3944    OPT 1
EMAIL:  LETSCONNECT@TELEPERFORMANCE.COM

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -115.91 | 1,479.28 |
| | Medicare Tax | -27.11 | 345.96 |
| | **Other** | | |
| | Garnishment | -431.62 | 431.62 |
| | Long Term Disb | -6.20 | 73.68 |
| | Unum Short Ter | -9.54 | 113.36 |
| | Garnishment | | 583.99 |
| | Garnishment | | 20.85 |
| | Lien Reversal | -137.77 | |
| | Prize Points | | 65.00 |
| | **Net Pay** | **$1,279.12** | |
| | Daily Pay Dep | -1,279.12 | |
| | **Net Check** | **$0.00** | |

**Additional  Tax  Withholding  Information**
Taxable  Marital  Status:
    UT:          Single
Exemptions/Allowances:
    UT:          Tax Blocked

© 2000 ADP, Inc.

TPUSA, INC.
1991 SOUTH 4650 WEST
SALT LAKE CITY, UT 84104
1-877-877-3944

| | |
|---|---|
| **Advice number:** | **00000252013** |
| Pay  date: | 06/20/2025 |

Deposited  to  the  account  of          account  number     transit  ABA          amount
**SCOTT  M  WILLIAMS**                      xxxxxxxxxxxxx4870   xxxx  xxxx          $1,279.12



**NON-NEGOTIABLE**

# Exhibit G

**From:** Bryan Sullivan
**Sent:** Wednesday, June 25, 2025 5:25 PM
**To:** chad@alpinalegal.com
**Subject:** Scott Williams - Bankruptcy Case 18-25580

Mr. Rasmussen,

Please see attached letter.

*Bryan Sullivan*

10907 South State Street
Sandy, UT 84070
P. 801-432-2975
F. 801-528-3092
bryan@beehivelaw.com

CONFIDENTIALITY NOTICE: Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this email message is attorney privileged and confidential pursuant to the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, and is intended exclusively for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please notify me by return e-mail and delete any stored copies of the message. Beehive Advocates, PC is a debt relief agency helping people file for bankruptcy relief under the Bankruptcy Code. Thank you.

## One attachment • Scanned by Gmail

-In re Parker. pdf

# Exhibit H

# Beehive
## ADVOCATES

RE: Scott Williams
BK CASE NO: 18-25580
CREDITOR: Cascade Collections / Alpina Legal

To whom it may concern:

This letter is to inform you that Scott Williams filed a Chapter 7 bankruptcy case on July 31, 2018. The case was discharged on November 21, 2018 and closed on November, 27, 2018. You may verify this by contacting the Utah Bankruptcy Court at 801.524.6687.

Recently, Mr. Williams received notice from his employer of a writ of garnishment from Cascade Collections/Alpina Legal.

If this debt was incurred before July 31, 2018, any attempt to collect on this debt would constitute a violation of the permanent stay, which went into effect the day Mr. Williams received his discharge *[11 USC §362(a) and 11 USC §362(k)]* As you may already know, any violation of the permanent stay may result in sanctions, attorney fees, and any other fees or loss that Mr. William incurred.

If you have not received notice of Mrs. William's bankruptcy case, let this be notice.  In addition, although this debt may or may not be listed on the original bankruptcy schedules, due to the Ch.7 trustee filing a "Report of No Distribution" on October 24, 2018, all unsecured debts, scheduled or unscheduled, are discharged.  Please note:

There is no need to reopen a no asset chapter 7 case to add omitted creditors. The Debts are still discharged. Note, "In re Brewer v. Brewer, 02-2465":

> Notwithstanding the lack of scheduling in the bankruptcy papers, the debts were discharged by operation of law because Debtor's case was a no asset case, and the claims were not in the nature of otherwise non-dischargeable claims. Sanctions were imposed on the Defendant because he refused to cease his collection efforts, even though he had been placed on notice of the Debtor's bankruptcy and the Tenth Circuit's decision of *In re Parker*,

And "In re Parker, 264 B.R. 685":

> Furthermore, notwithstanding 11 U.S.C. § 523(a)(3)(A), the unscheduled prepetition debt was automatically discharged under 11 U.S.C. § 727(b) in the debtor's no asset case,

Please contact our office within 5 businesses days to verify that all collection attempts regarding this debt have stopped.  Any money received on this account should be returned immediately. If collections are not stopped, we will be forced to re-open the case and file a Motion for Sanctions.

Thank you for your assistance in this matter.

Sincerely,

Attorney KC Garner
Beehive Advocates

# Exhibit I

**From:** Bryan Sullivan
**Sent:** Thursday, July 3, 2025 4:57 PM
**To:** 'chad@alpinalegal.com' <chad@alpinalegal.com>
**Subject:** 2nd notice for Scott Williams - Bankruptcy Case 18-25580

RE: Scott Williams
BK CASE NO: 18-25580
CREDITOR: Cascade Collections / Alpina Legal

To whom it may concern:

This letter is to inform you that Scott Williams filed a Chapter 7 bankruptcy case on July 31, 2018. The case was discharged on November 21, 2018 and closed on November, 27, 2018. You may verify this by contacting the Utah Bankruptcy Court at 801.524.6687.

Recently, Mr. Williams received notice from his employer of a writ of garnishment from Cascade Collections/Alpina Legal.

If this debt was incurred before July 31, 2018, any attempt to collect on this debt would constitute a violation of the permanent stay, which went into effect the day Mr. Williams received his discharge *[11 USC §362(a) and 11 USC §362(k)]* As you may already know, any violation of the permanent stay may result in sanctions, attorney fees, and any other fees or loss that Mr. William incurred.

If you have not received notice of Mrs. William's bankruptcy case, let this be notice.  In addition, although this debt may or may not be listed on the original bankruptcy schedules, due to the Ch.7 trustee filing a "Report of No Distribution" on October 24, 2018, all unsecured debts, scheduled or unscheduled, are discharged.  Please note:

There is no need to reopen a no asset chapter 7 case to add omitted creditors. The Debts are still discharged. Note, "In re Brewer v. Brewer, 02-2465":

> Notwithstanding the lack of scheduling in the bankruptcy papers, the debts were discharged by operation of law because Debtor's case was a no asset case, and the claims were not in the nature of otherwise non-dischargeable claims. Sanctions were imposed on the Defendant because he refused to cease his collection efforts, even though he had been placed on notice of the Debtor's bankruptcy and the Tenth Circuit's decision of *In re Parker*,

And "In re Parker, 264 B.R. 685":

> Furthermore, notwithstanding 11 U.S.C. § 523(a)(3)(A), the unscheduled prepetition debt was automatically discharged under 11 U.S.C. § 727(b) in the debtor's no asset case,

Please contact our office within 5 businesses days to verify that all collection attempts regarding this debt have stopped.  Any money received on this account should be returned immediately. If collections are not stopped, we will be forced to re-open the case and file a Motion for Sanctions.

Thank you for your assistance in this matter.  Please confirm receipt of this email.

Sincerely,


*Bryan Sullivan*

10907 South State Street
Sandy, UT 84070
P. 801-432-2975
F. 801-528-3092
bryan@beehivelaw.com

CONFIDENTIALITY NOTICE: Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this email message is attorney privileged and confidential pursuant to the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, and is intended exclusively for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please notify me by return e-mail and delete any stored copies of the message. Beehive Advocates, PC is a debt relief agency helping people file for bankruptcy relief under the Bankruptcy Code. Thank you.

...

**One attachment** • Scanned by Gmail

-In re Parker. pdf

# Exhibit J



# Earnings Statement

TPUSA, INC.
1991 SOUTH 4650 WEST
SALT LAKE CITY, UT 84104
1-877-877-3944

Period Beginning:      06/16/2025
Period Ending:         06/30/2025
Pay Date:              07/07/2025

Filing Status: Single/Married  filing separately
Exemptions/Allowances:
   Federal: Tax blocked

**SCOTT  M  WILLIAMS**
**2078  W  WASA  ST**
**WEST  JORDAN  UT  84088-8381**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 19.8600 | 88.08 | 1,749.27 | 20,825.39 |
| Overtime | 31.3333 | 1.47 | 46.06 | 605.80 |
| Bonus | | | 277.50 | 2,704.48 |
| Benefit Hours | | | | 1,259.44 |
| Holiday | | | | 472.00 |
| Prize Points | | | | 65.00 |
| **Gross Pay** | | | **$2,072.83** | 25,932.11 |

Your federal taxable wages this period are
$2,072.83

**Other Benefits and**
**Information**

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 89.55 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -128.51 | 1,607.79 |
| | Medicare Tax | -30.06 | 376.02 |
| | **Other** | | |
| | Garnishment | -478.56 | 910.18 |
| | Long Term Disb | -6.20 | 79.88 |
| | Unum Short Ter | -9.54 | 122.90 |
| | Garnishment | | 583.99 |
| | Garnishment | | 20.85 |
| | Lien Reversal | -137.77 | |
| | Prize Points | | 65.00 |
| | **Net Pay** | **$1,419.96** | |
| | Daily Pay Dep | -1,419.96 | |
| | **Net Check** | **$0.00** | |

**Important Notes**
TELEPERFORMANCE  HOTLINE:  1-877-877-3944    OPT 1
EMAIL:  LETSCONNECT@TELEPERFORMANCE.COM

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable  Marital  Status:
   UT:          Single
Exemptions/Allowances:
   UT:          Tax Blocked

© 2000 ADP, Inc.

TPUSA, INC.
1991 SOUTH 4650 WEST
SALT LAKE CITY, UT 84104
1-877-877-3944

Advice number:      00000271871
Pay date:           07/07/2025

Deposited  to the account  of
**SCOTT  M  WILLIAMS**



| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxxxxxxxxx4870 | xxxx  xxxx | $1,419.96 |

**NON-NEGOTIABLE**

# Exhibit K



**Earnings Statement**

TPUSA, INC.
1991 SOUTH 4650 WEST
SALT LAKE CITY, UT 84104
1-877-877-3944

Period Beginning: 07/01/2025
Period Ending: 07/15/2025
Pay Date: 07/22/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Tax blocked

**SCOTT M WILLIAMS**
**2078 W WASA ST**
**WEST JORDAN UT 84088-8381**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 19.8600 | 86.07 | 1,709.35 | 22,534.74 |
| Overtime | 31.2340 | .47 | 14.68 | 620.48 |
| Benefit Hours | 19.8600 | 2.50 | 49.65 | 1,309.09 |
| Bonus | | | 250.00 | 2,954.48 |
| Holiday | 19.8600 | 8.00 | 158.88 | 630.88 |
| Prize Points | | | | 65.00 |
| **Gross Pay** | | | **$2,182.56** | 28,114.67 |

Your federal taxable wages this period are $2,182.56

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 86.54 | |

**Important Notes**
TELEPERFORMANCE HOTLINE: 1-877-877-3944 OPT 1
EMAIL: LETSCONNECT@TELEPERFORMANCE.COM

BASIS OF PAY: HOURLY

| Deductions | Statutory | | year to date |
|---|---|---|---|
| | Social Security Tax | -135.32 | 1,743.11 |
| | Medicare Tax | -31.64 | 407.66 |
| | **Other** | | |
| | Garnishment | -503.90 | 1,414.08 |
| | Long Term Disb | -6.20 | 86.08 |
| | Unum Short Ter | -9.54 | 132.44 |
| | Garnishment | | 583.99 |
| | Garnishment | | 20.85 |
| | Lien Reversal | -137.77 | |
| | Prize Points | | 65.00 |
| | **Net Pay** | **$1,495.96** | |
| | Daily Pay Dep | -1,495.96 | |
| | **Net Check** | **$0.00** | |

**Additional Tax Withholding Information**
Taxable Marital Status:
  UT:  Single
Exemptions/Allowances:
  UT:  Tax Blocked

© 2000 ADP, Inc.

TPUSA, INC.
1991 SOUTH 4650 WEST
SALT LAKE CITY, UT 84104
1-877-877-3944

Advice number: 00000301815
Pay date: 07/22/2025

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| SCOTT M WILLIAMS | xxxxxxxxxxxxx4870 | xxxx xxxx | $1,495.96 |



**NON-NEGOTIABLE**

# Exhibit L



**Earnings Statement**

TPUSA, INC.
1991 SOUTH 4650 WEST
SALT LAKE CITY, UT 84104
1-877-877-3944

Period Beginning: 07/16/2025
Period Ending: 07/31/2025
Pay Date: 08/07/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Tax blocked

**SCOTT M WILLIAMS**
**2078 W WASA ST**
**WEST JORDAN UT 84088-8381**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 19.8600 | 95.12 | 1,889.08 | 24,423.82 |
| Overtime | 32.0296 | 1.35 | 43.24 | 663.72 |
| Benefit Hours | 19.8600 | 2.50 | 49.65 | 1,358.74 |
| Bonus | | | 432.50 | 3,386.98 |
| Holiday | | | | 630.88 |
| Prize Points | | | | 65.00 |
| **Gross Pay** | | | **$2,414.47** | 30,529.14 |

Your federal taxable wages this period are
$2,414.47

**Other Benefits and Information** | this period | total to date
Totl Hrs Worked | 96.47 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -149.70 | 1,892.81 |
| | Medicare Tax | -35.01 | 442.67 |
| | **Other** | | |
| | Garnishment | -557.44 | 1,971.52 |
| | Long Term Disb | -6.20 | 92.28 |
| | Unum Short Ter | -9.54 | 141.98 |
| | Garnishment | | 583.99 |
| | Garnishment | | 20.85 |
| | Lien Reversal | -137.77 | |
| | Prize Points | | 65.00 |
| | **Net Pay** | **$1,656.58** | |
| | Daily Pay Dep | -1,656.58 | |
| | **Net Check** | **$0.00** | |

**Important Notes**
TELEPERFORMANCE HOTLINE: 1-877-877-3944 OPT 1
EMAIL: LETSCONNECT@TELEPERFORMANCE.COM

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
UT: Single
Exemptions/Allowances:
UT: Tax Blocked

© 2000 ADP, Inc.



TPUSA, INC.
1991 SOUTH 4650 WEST
SALT LAKE CITY, UT 84104
1-877-877-3944

Advice number: 00000321707
Pay date: 08/07/2025

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| SCOTT M WILLIAMS | xxxxxxxxxxxxx4870 | xxxx xxxx | $1,656.58 |

**NON-NEGOTIABLE**