# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

| IN RE: | CASE NO: 18-25580 |
|---|---|
| Scott Williams | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 7 |

On 8/20/2025, I did cause a copy of the following documents, described below,

Motion for Sanctions

Notice and Opportunity for Hearing on Motion for Sanctions

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/20/2025

/s/ Cory Cottam
Cory Cottam  15113

290 25th St., Ste 102
Ogden, UT  84401
801 392 9324
cory@morlg.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

| | |
|---|---|
| IN RE:<br><br>Scott Williams | CASE NO: 18-25580<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 7 |

On 8/20/2025, a copy of the following documents, described below,

Motion for Sanctions

Notice and Opportunity for Hearing on Motion for Sanctions

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/20/2025

_____

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Cory Cottam

290 25th St., Ste 102
Ogden, UT  84401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CERTIFIED 9589071052703237250528
ALPINA LEGAL
C/O CHAD RASMUSSEN, REGISTERED AGENT
2230 N. UNIV. PKWY. #7E
PROVO UT 84604

CERTIFIED 9589071052703237250535
CASCADE COLLECTIONS
C/O CHAD RASMUSSEN, REGISTERED AGENT
2230 N. UNIV. PKWY #7E
PROVO UT 84604

CERTIFIED 9589071052703237250542
CHAD RASMUSSEN
2230 N. UNIV. PKWY #7E
PROVO UT 84604